# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

9676 South Fox Run, Oak Creek, Wisconsin, more particularly described as a one and one-half story single family residence, with light brown brick on 4 sides, and light brown window trim. There is an attached 2-car garage on the north side of the residence. The numbers "9676" are attached to the front of the residence, imbedded into the light brown brick to the right of the front door. The mailbox at the roadside has "9676 South Fox Run" at the bottom and the names "James and Karen" at the top. The residence is on the east side of the street, two houses south of the intersection of Fairfield Drive, South Fox Run, and Fairfield Court.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case No. 10-M-324

I, Steven Kurkowksi, being duly sworn depose and say:

I am a Special Force Agent of the U.S. Department of Homeland Security, Homeland Security Investigations, and have reason to believe that on the property or premises known as:

> 9676 South Fox Run, Oak Creek, Wisconsin, more particularly described as a one and one-half story single family residence, with light brown brick on 4 sides, and light brown window trim. There is an attached 2-car garage on the north side of the residence. The numbers "9676" are attached to the front of the residence, imbedded into the light brown brick to the right of the front door. The mailbox at the roadside has "9676 South Fox Run" at the bottom and the names "James and Karen" at the top. The residence is on the east side of the street, two houses south of the intersection of Fairfield Drive, South Fox Run, and Fairfield Court.

in the Eastern District of Wisconsin there is now concealed certain property, namely: those items listed in Attachment A, which are evidence of crimes concerning violations of Title 18, United States Code, Sections 2320(a). The facts to support a finding of Probable Cause are as follows: **See attached Affidavit.**

Continued on the attached sheet and made a part hereof. √ Yes    No

STEVEN KURKOWSKI
Signature of Affiant

Sworn to before me, and subscribed in my presence

September 30 ,2010 at    11:30 am                    at Milwaukee, Wisconsin
Date and time issued                                       City and State

HONORABLE PATRICIA J. GORENCE
United States Magistrate Judge
Name & Title of Judicial Officer                        Signature of Judicial Officer

## ATTACHMENT A

## ITEMS TO BE SEIZED

Counterfeit trademarked clothing, items, or products including but not limited to NFL, NHL, or MLB jerseys or hats, Louis Vuitton, Marc Jacobs or Coach purses, Dolce and Gabbana, Oakley, or Ray Ban sunglasses, Christian Dior, Dolce & Gabbana, Armani or Chanel eyewear, Tiffany bracelets, and Louis Vuitton or Coach keychains,

Evidence of control and/or ownership of the premises, whether stored electronically or otherwise, including utility bills, rental agreements, cancelled mail,

Keys belonging to and/or evidence of the existence and usage of any lockers, safe deposit boxes, storage facility, vehicle or other property.

Books, records, receipts, notes, ledgers, and other papers, whether stored electronically or otherwise, relating to the transportation, ordering, purchase or distribution of counterfeit items.

Records or documents, whether stored electronically or otherwise, relating to domestic and international travel, including but not limited to calendars, passports, travel vouchers, air travel receipts, gas receipts, hotel receipts and meal receipts.

Records or documents, whether stored electronically or otherwise, relating to postal and private delivery services, including but not limited to air bills, receipts, containers and packages.

Books, records, invoices, receipts, records of sales, credit receipts, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, wire transfer receipts, money wrappers, and other items evidencing the purchase or sale of counterfeit trademarked items or the secreting, transferring, expenditure and/or concealment of assets or money, whether stored electronically or otherwise.

United States currency, precious metals, jewelry, and financial instruments, including certificates of deposit and stocks and bonds.

Address and/or telephone books, Rolodex indices, and any pagers and/or cell phones (including any contacts, call history or text messages stored therein), reflecting names, addresses, telephone numbers, pager numbers and/or fax numbers of possible associates, co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists.

Telephone bills and toll records.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION

I, Steven G. Kurkowski being duly sworn, do hereby depose and state:

## A.    INTRODUCTION

1.    I am a Senior Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI") (formerly Immigration and Customs Enforcement, "ICE") and have been so employed since September 2000. From October 1985 to September 2000, I was employed as a Deputy United States Marshal. I am currently assigned to the Milwaukee, Wisconsin resident office. My duties involve the investigation of counterfeit trademark and copyright offenses.

2.    As part of my basic agent training, I have received specialized instruction in the area of Intellectual Property Rights (IPR) investigations. From September 2000 to November 2000, I received instruction in IPR investigations at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia. During the past eleven years, I have received continuing training by the Recording Industry Association of America (RIAA) to identify counterfeit music CDs and the Motion Picture Association of America (MPAA) to identify counterfeit DVD movies. I have continued my training in IPR investigations by attending seminars presented by the International Anti-Counterfeiting Coalition (IACC) with regards to the identification of counterfeit merchandise. The IACC presents training on a number of manufacturers including, but not limited to: Oakley, Burberry, Coach, Louis Vuitton, and Gucci. During my career, I have participated in approximately fifty investigations related to trademark and copyright infringement crimes. This involvement includes obtaining and executing search warrants, making or participating in undercover purchases, on-site examination of counterfeit merchandise, and conducting plain view seizures of counterfeit merchandise being offered for sale at venues open

to the public.

3.      The information contained in this affidavit is based upon my personal observations and investigation, information relayed to me by other law enforcement agents and officers, and through official law enforcement reports. To the extent that the information is not based upon my personal knowledge, I believe it to be truthful and reliable.

4.      Since this affidavit is only for the limited purpose of securing search warrants, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient in establishing probable cause for the warrants sought.

## B.    DESCRIPTION OF LOCATIONS TO BE SEARCHED

5.      I make this affidavit in support of applications for search warrants for the following locations:

> 9676 South Fox Run, Oak Creek, Wisconsin, more particularly described as a one and one-half story single family residence, with light brown brick on 4 sides, and light brown window trim. There is an attached 2-car garage on the north side of the residence. The numbers "9676" are attached to the front of the residence, imbedded into the light brown brick to the right of the front door. The mailbox at the roadside has "9676 South Fox Run" at the bottom and the names "James and Karen" at the top. The residence is on the east side of the street, two houses south of the intersection of Fairfield Drive, South Fox Run, and Fairfield Court.

> 8900 South 27th Street, Oak Creek, Wisconsin, more particularly described as a one story business known as "Jim Dandy's," with light brown brick on 4 sides, and light brown window trim. There is a green, white, and yellow canopy across the front of the business with a yellow canopy above the front door. The numbers "8900" are attached to a green mailbox under the words "Jim Dandy" which is out by the roadside. The business is on the east side of the street, north of Grays Lane.

> 2003 Ford Windstar Van is brown/olive green in color, bearing Wisconsin license plate 813-LAJ and VIN 2FMZA51423BB49379, registered to James Iwinski, 9676 South Fox Run, Oak Creek, Wisconsin.

2

## C.     PROBABLE CAUSE

6.      On September 19, 2009, Customs and Border Protection (CBP) officers at the International Mail Facility, JFK Airport (New York), examined an express mail parcel from China. The parcel contained 26 counterfeit NFL jerseys with a domestic value of $1,040. This seizure, reported under CBP seizure number 2009SZ010114701 was addressed to Jim Iwinski, 9676 South Fox Run, Oak Creek, Wisconsin. The fair market value of these jerseys (if not counterfeit) is $5,070.

7.      On September 23, 2009, CBP at the International Mail Facility, JFK Airport (New York), examined an express mail parcel from China. The parcel contained 20 counterfeit NFL jerseys with a domestic value of $800. This seizure, reported under CBP seizure number 2009SZ010241901 was addressed to Jim Iwinski, 9676 South Fox Run, Oak Creek, Wisconsin. The fair market value of these jerseys (if not counterfeit) is $3,900.

8.      On September 23, 2009, CBP at the International Mail Facility, JFK Airport (New York), examined an express mail parcel from China. The parcel contained 24 counterfeit NFL jerseys with a domestic value of $960. This seizure, reported under CBP seizure number 2009SZ010249101 was addressed to Jim Dandy's, 8900 South 27th Street, Oak Creek, Wisconsin. I am aware, based on property ownership records, a liquor license, and informant information that Jim Dandy's is a bar and restaurant owned and operated by James (Jim) Iwinski. The fair market value of these jerseys (if not counterfeit) is $4,680.

9.      On September 30, 2009, CBP Milwaukee examined a parcel originating from Hong Kong at the Milwaukee DHL facility. The parcel contained 44 counterfeit NFL jerseys with a domestic value of $2,200. This seizure, reported under CBP seizure number 2009SZ010437501 was

3

addressed to Jim Dandy's, 8900 South 27th Street, Oak Creek, Wisconsin. The fair market value of these items (if not counterfeit) is $10,824.86.

10.     On March 24, 2010, the ICE Law Enforcement Support Center tip line received a call from a female caller who asked to remain anonymous regarding a substantial quantity of counterfeit merchandise that was recently seized at 8868 S. 27th Street, Oak Creek, Wisconsin, which is a residence owned by Iwinski and located directly next to Iwinski's bar, Jim Dandy's.[1] The caller reported in the summer of 2009, she purchased counterfeit purses from Jim Iwinski at the bar next door to the raided location. The caller stated the bar is located at 8900 South 27th Street, Oak Creek, which is the address of Jim Dandy's.

11.     On March 31, 2010, HSI Special Agent Jeffrey Stillings and I met with an individual who wanted to provide information regarding James Iwinski and the sale of counterfeit merchandise. This individual (CI-1) admitted that James Iwinski sells him/her counterfeit merchandise, and indicated that Iwinski stores both counterfeit and legitimate merchandise in Iwinski's residence and in a garage located "behind the pink house" (8868 S. 27th Street) which is located behind the bar. CI-1 stated that Iwinski owns the bar, the houses behind the bar, the garage, and an old motel nearby. A search of property ownership records confirms CI-1's information about the properties Iwinski owns.

---

[1]On March 20, 2010 HSI Milwaukee responded to a request for assistance from the Oak Creek, Wisconsin, Police Department who discovered a residential dwelling located at 8868 S. 27th Street, Oak Creek, Wisconsin, that was being used to display, store, and sell numerous counterfeit purses, handbags, shoes, and other types of women's accessories. Some of the brand name items being offered for sale included Louis Vuitton, Prada, Versace, Jimmy Choo, Juicy Couture, Coach, Gucci, Chanel, Dolce & Gabbana (B&G), Fendi, and Dooney & Bourke, and Lacoste. A total of 2,911 counterfeit items were seized by HSI agents. This residence is located behind Jim Dandy's Bar, located at 8900 South 27th Street, Oak Creek, Wisconsin, and according to ownership records, is owned by James Iwinski. However, to date, no connection has been established between these counterfeit items, the female who was present in the residence at the time of the seizure, and Iwinski.

4

12.     CI-1 informed me that Iwinski's basement is so full of counterfeit merchandise that it is difficult to move around. CI-1 stated that Iwinski goes to the Chicago area to get his counterfeit merchandise or has the merchandise shipped to his house, the bar, or the "pink house." CI-1 stated that Iwinski will sell counterfeit merchandise from the bar or from his van.  CI-1 stated Iwinski also has a yearly yard sale at his residence where he will sell large quantities of counterfeit merchandise. CI-1 then gave me several counterfeit items he/she had purchased from Iwinski, including counterfeit Coach purses and wallets, Oakley sunglasses, Chanel cologne, Milwaukee Brewers jerseys, and a pair of Nike shoes. Based on my training and experience and my review of the items, I determined that they were counterfeit based on the poor workmanship, quality of the material, labeling, and stitching.

13.     On May 14, 2010 an HSI Special Agent acting in an undercover capacity met with James Iwinski inside Jim Dandy's bar, for the purpose of placing an order for counterfeit merchandise. After some discussion, the UC placed an order with Iwinski for 30 counterfeit Chicago Black Hawks jerseys and 30 counterfeit Chicago Cubs jerseys. Iwinski also offered to sell the UC some counterfeit Oakley sunglasses with the counterfeit sports jerseys. Iwinski arrived at the bar driving a 2003 Ford Windstar van, brown/olive green in color, bearing Wisconsin license plate 813-LAJ, which is registered to him.

14.     During this meeting, the UC also discussed with Iwinski the possibility of purchasing counterfeit purses in the future. Iwinski indicated he would receive the counterfeit purses from his supplier about 10-12 days from the date he places the order.

15.     On May 21, 2010, Iwinski called the UC and informed him that he had received and could provide the UC with 12 Chicago Blackhawks jerseys at $44 each, 12 Chicago Cubs jerseys

5

at $32 each, and six pair of Oakley sunglasses at $16 each. Using pre-recorded funds, the UC met with Iwinski in the parking lot of Jim Dandy's, 8900 South 27th Street, Oak Creek, Wisconsin. Iwinski arrived at the bar driving his 2003 Ford Windstar van, from which he obtained the counterfeit merchandise and which the UC observed was full of merchandise. During the meeting, the UC gave Iwinski $1,008. Iwinski then provided the UC with for the 12 Blackhawks jerseys, 12 Cubs jerseys, and five pairs of Oakley sunglasses. Iwinski advised the UC that he did not have the sixth pair of Oakley sunglasses and offered the UC one counterfeit Coach handbag instead. During the meeting, the UC and Iwinski discussed a counterfeit Brewers jersey which was in the van. Iwinski and the UC discussed the price difference between counterfeit and authentic jerseys. After the meeting, the UC tendered the purported counterfeit items to me. Based on my training and experience and my review of the items, I determined that they were counterfeit based on the poor workmanship, quality of the material, labeling, and stitching.

16. On May 25, 2010, the UC called Iwinski about the last six Chicago Blackhawks jerseys and the last six Chicago Cubs jerseys. On June 3, 2010, Iwinski called the UC and informed that he had received the remaining items and the UC could come pick them up.

17. On June 7, 2010 a second UC HSI agent met with Iwinski in the parking lot of Jim Dandy's. The UC purchased six counterfeit Chicago Blackhawks jerseys and six more Chicago Cubs jerseys counterfeit jerseys. The UC also talked with Iwinski about the possibility of purchasing additional counterfeit items. Iwinski advised the UC that he had handbags and other items at his residence.

18. The second UC then followed Iwinski, who was driving his Ford Windstar van, to Iwinski's residence, 9676 South Fox Run, Oak Creek, Wisconsin. The UC accompanied Iwinski

6

into the residence where the UC purchased counterfeit handbags, key rings and eyewear. In total, the UC paid Iwinski $1,242 for nine counterfeit Chicago Blackhawks jerseys, ten counterfeit Chicago Cubs jerseys, one counterfeit Bears jersey, one counterfeit Louis Vuitton, Marc Jacobs and Coach handbags, nine Louis Vuitton and Coach key chains, and six pairs of eyewear (Christian Dior, Dolce & Gabbana, Armani, Chanel). While at Iwinski's residence (9676 South Fox Run), the UC observed what appeared to be counterfeit sunglasses, purses, and jerseys in the garage. After the two entered the house, Iwinski told the second UC that he keeps the high quality items in the house. Iwinski also told the UC that his wife does most of the ordering for him. The IC then observed Iwinski go into a different room and obtain the purses that the UC bought. Based on my training and experience and my review of the items, I determined that they were counterfeit based on the poor workmanship, quality of the material, labeling, and stitching.

19. On August 30, 2010, DHL Milwaukee attempted to deliver a parcel addressed to Jim Iwinski, 9676 South Fox Run, Oak Creek, Wisconsin, but there was no one at the residence to accept it. DHL left a notice of attempted delivery at the residence. Later in the day, the DHL office received a call from a person who identified himself as Jim Iwinski, asking DHL to re-direct the shipment to Jill Tannheimer, 12604 Royal Gorge Ct., Mokena, Illinois, 60448, telephone number 815-485-2768. Based on a review of public records, I believe that Jill Tannheimer is Jim Iwinski's daughter, based on her date of birth, previous name, and previous residence.

20. Based on the telephone call, DHL placed the parcel aside in their warehouse and was prepared to send the parcel to Illinois for delivery. During an evening examination at DHL, CBP Officer William Koepke pulled the parcel for examination, found it to contain counterfeit

7

merchandise, and seized it. The parcel contained 45 counterfeit MLB/NFL team jerseys, five counterfeit MLB baseball hats, three counterfeit Tiffany bracelets, and two pairs of counterfeit Oakley and Ray Ban sunglasses. The fair market value of these items (if not counterfeit) is $10,751.

21. On September 11, 2010, HSI Special Agent John Cerf received a call from Sgt. James Antisdel, Oak Creek Police Department, who reported he had received a call from a person who wished to remain anonymous complaining about Jim Iwinski selling counterfeit handbags at his rummage sale. SA Cerf contacted me with this information. I then spoke with Sgt. Antisdel. Sgt. Antisdel said the female caller said she observed "designer" handbags available for purchase at a rummage sale being held at Iwinski's residence, 9676 S. Fox Run, Oak Creek, Wisconsin. I went over to the area of Iwinski's residence and found that it was a sub-division wide rummage sale. I then proceeded to Iwinski's rummage sale, and found a number of Milwaukee Brewers jerseys (in plastic wrapping), Coach handbags, and Dolce and Gabbana (D&G) sunglasses being offered for sale. Based on my training and experience and my review of the items, I determined that they were counterfeit based on the poor workmanship, quality of the material, labeling, and stitching.

22. On September 23 and 24, 2010, I contacted WE Energies to obtain information about 9676 S. Fox Run, Oak Creek, Wisconsin and 8900 S. 27th Street, Oak Creek, Wisconsin. I was advised that electrical service is provided to 9676 South Fox Run, Oak Creek, Wisconsin in the name of Karen Iwinski, with a service start date of May 2009, and 8900 South 27th Street, Oak Creek, Wisconsin in the name of James Iwinski, with a service start date of October 1975.

23. On September 23, 2010, I queried the City of Oak Creek Land Records Web Portal. This website provides tax, assessment, and ownership information for property located within the City

8

of Oak Creek. According to the website, James and Karen Iwinski are the listed owners of the properties located at 9676 S. Fox Run, 8900 S. 27th Street, 8868 S. 27th Street, and 8864 S. 27th Street.

## D. CONCLUSION

24. Based on the foregoing, I believe that at the subject locations, 9676 South Fox Run, City of Oak Creek, County of Milwaukee, Wisconsin; 8900 South 27th Street, City of Oak Creek, County of Milwaukee, Wisconsin; and a 2003 Ford Windstar Van, VIN number 2FMZA51423BB49379, Wisconsin license plate 813LAJ, there can now be found evidence of trafficking in counterfeit trademarked items, in violation of 18 U.S.C. § 2320, which are detailed more specifically in Attachment A, Items to be seized.

9